PEOPLE ex rel. TAYLOR v. FORBES, Justice.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Certiorari by Frederick L. Taylor against Gerrit A. Forbes, justice.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

PER CURIAM.    Without determining whether, by certiorari, the proceedings are properly before this court, we have looked into the merits involved in the determination made at the Tompkins oyer and terminer, adjudging Taylor in contempt, and find no occasion to disturb the conclusion reached by that court.    We therefore dismiss the writ of certiorari.

---

PEOPLE ex rel. HALL, Appellant, v. McDONALD et al., Assessors, Respondents.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Certiorari by John Hall against Ira McDonald and others, assessors.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Order affirmed, with costs.

---

POLLOCK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

Action by Charles A. Pollock against the New York Central & Hudson River Railroad Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Judgment and order affirmed, with costs.

---

PUMPELLA, Appellant, v. BOARD OF TRUSTEES OF VILLAGE OF OWEGO, Respondent.

(Supreme Court, General Term, Fourth Department.    May 18, 1894.)

In the matter of the assessment of damages to Gordon H. Pumpella, sustained by laying out a street, etc., across the Susquehanna river at the village of Owego.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.    Order affirmed, with $10 costs and disbursements.